R & R PIPELINE COMPANY, et al. *v.* Darron CLARK

CA 86-30                                704 S.W.2d 647

Court of Appeals of Arkansas
Opinion delivered March 5, 1986

*Warner & Smith*, by: *Wayne Harris*, for appellant.

No response.

PER CURIAM. Appellant has filed a motion asking that this matter be remanded to the Workers' Compensation Commission for the commission to consider a joint petition to settle the case.

We, therefore, remand the record in this case to the commission and if the joint petition is approved, this appeal may

be dismissed and if the joint petition is not approved, this appeal may be processed to decision upon application for brief time.